# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>ALEJANDRO RODRIGUEZ BENITEZ,<br><br>Defendant. | Case No.: 23-CR-1162-RSH<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

The United States' Motion to Dismiss the Indictment (Dkt. No. 17) is hereby GRANTED. The Indictment (Dkt. No. 12) is DISMISSED without prejudice.

**IT IS SO ORDERED.**

DATED: 7/25/23

*Robert S. Huie*

HON. ROBERT S. HUIE
United States District Judge